Decided March 11, 2005

### STATE OF CONNECTICUT *v.* MICHAEL A. MUSSINGTON

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 86 (AC 24342), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided March 15, 2005

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 251 (AC 24581), is denied.